IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR INFORMATION ASSOCIATED WITH THE FACEBOOK USER ID TYLER.ULM.7 | Case No. _____ |
| | **Filed Under Seal** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting

that the Court issue an Order commanding Facebook Inc., an electronic communication service

provider and/or a remote computing service, not to notify any person (including the subscribers

and customers of the account(s) listed in the search warrant) of the existence of the attached search

warrant until a period of one year.

The Court determines that there is reason to believe that notification of the existence of the

attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including

by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper

with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or

physical safety of a minor child. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook Inc. shall not

disclose the existence of the attached search warrant, or this Order of the Court, to the listed

subscriber or to any other person, for a period of one year, except that Facebook Inc. may disclose

the attached search warrant to an attorney for Facebook Inc. for the purpose of receiving legal

advice.

//

//

//

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_3-2-18_
Date

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE